# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**RICHARD ANTHONY HEMPHILL**                                **CIVIL ACTION**

**VERSUS**                                                   **NUMBER: 14-1406**

**ST. TAMMANY PARISH DISTRICT**                              **SECTION: "B"(3)**
**ATTORNEY WALTER REED, ET AL.**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant who is immune from such relief.

New Orleans, Louisiana, this 12th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE